UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HORTENSE RICKETTS,   JUDGMENT
   04-CV- 2642 (CBA)
               Plaintiff,

  -against-

YORK COLLEGE,

              Defendant.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 3 0 2005 ★

P.M. _____
TIME A.M. _____

    An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 30, 2005, granting defendant's motion to dismiss the case, pursuant to Fed. R. Civ. P. 12(b)(1) and (6); and directing the Clerk of Court to enter judgment in accordance with the Court's Order; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting defendant's motion to dismiss the case, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

Dated: Brooklyn, New York
       June 30, 2005

                                                 /s/
                                  ROBERT C. HEINEMANN
                                  Clerk of Court